GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA   91356
    818-708-2585
Attorneys for the Plaintiff

**FILED**

APR 9 12 10 PM '91

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES OF AMERICA,
                    Plaintiff,

            v.

TITIULA TAUTALA

                    Defendant(s).

COURT NO: 91 A 10045

DEFAULT JUDGMENT

CLERK U.S. DISTRICT COURT
APR 9 1991
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

    In the above-entitled action, an affidavit on behalf of the

plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff,

do have and recover of and from TITIULA TAUTALA

the sum of $1,548.13 as principal, $146.61 as accrued prejudgment

interest, $271.91 administrative charges, and $58.50 costs,

plus $354.81 attorney fees for a total amount of $2,379.96,

plus interest at the current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATED:
                APR 9 1991

                        LEONARD A. BROSNAN, CLERK
                        U.S. District Court
                        Central District of California

                        **LINDA CHAY**
                        By:_____
                        Deputy Clerk